IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR383 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEVIN M. ENRIQUES and | ) | |
| MARQUITA JENSEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion of defendant Marquita Jensen (Jensen) for an extension of the pretrial motion deadline. The motion was made during the arraignment on the Superseding Indictment on December 19, 2008. The government had no objection to the motion. Jensen acknowledged the additional time needed for her motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted. The new deadline shall also apply to co-defendant Enriques.

**IT IS ORDERED:**

1. Jensen's oral motion for an extension of time to file pretrial motions is granted. Jensen and Enriques shall have **to on or before February 2, 2009**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from January 12, 2009 through February 2, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of December, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge