**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | 8:08CR383 |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | ORDER |
| ) | |
| DEVIN M. ENRIQUES,      ) | |
| ) | |
| Defendant.      ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Michael F. Maloney and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Devin M. Enriques (Enriques) (Filing No. 46). Mr. Maloney represents he has a conflict of interest in this matter as he recently determined the Office of the Public Defender represents other persons who may have an adverse interest to that of Enriques. Mr. Maloney' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 46) is granted. M. Scott Vander Schaaf, 1905 Harney Street, Suite 520, Omaha, NE 68102, (402) 341-3900, is appointed to represent Enriques for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Maloney shall forthwith provide Mr. Vander Schaaf with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Enriques's defense.

The clerk shall provide a copy of this order to Mr. Vander Schaaf, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 19th day of February, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge