IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR383 |
| | ) | |
| v. | ) | |
| | ) | |
| DEVIN ENRIQUES AND | ) | ORDER |
| MARQUITA JENSEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to continue trial, Filing No. 60, and the government's motion to continue trial, Filing No. 62.  The Court held a hearing on the record and determined the motions should be granted in the interests of justice.   The court further finds that in the interests of justice speedy trial is hereby tolled in this case.

Trial in this matter is rescheduled to July 20, 2009, at 9:00 a.m.   Counsel shall appear in the courtroom by 8:30 a.m.

THEREFORE, IT IS ORDERED THAT the order previously denying defendant's motion is vacated and both defendant's motion to continue, Filing No. 60, and plaintiff's motion to continue, Filing No. 62, are granted.

DATED this 18th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge