IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DEVIN M. ENRIQUES,<br><br>                    Defendant. | **8:08CR383**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date,

IT IS ORDERED that Judgment is entered in favor of the United States and against the Defendant providing that:

1. The amended motion to vacate, set aside, or correct his sentence under § 2255 ([Filing No. 133](#)) is denied.

2. No certificate of appealability will issue.

Dated this 12th day of August, 2016

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge